PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Albert Gonzalez                    Mag# 03-3049-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Angel L. Matos** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Albert Gonzalez**, who was placed under pretrial release supervision by the **Honorable Patty Shwartz, United States Magistrate Judge** sitting in the U.S. District Court for New Jersey at Newark, on **July 25, 2003** under the following bail and conditions:

$50,000 Unsecured Appearance Bond
1. Supervision by the Pretrial Services Agency
2. Surrender all passports to the Pretrial Services Agency / Do not apply for additional travel Documents.
3. Travel restricted to the District of New York and New Jersey ~~or as approved by Pretrial Services and with the consent of the government.~~
4. Drug Testing and treatment as deemed appropriate by Pretrial Services.

The defendant was originally residing in New Jersey until November, 2004 at which time the defendant, with the consent of Pretrial Services and the government, was authorized to move to Florida where he has been under supervision through the U.S. Probation Office in Miami.
Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

**PRAYING THAT THE COURT WILL ORDER a warrant to be issued for the defendant's arrest and lodged as a detainer.**

Considered and ordered this 13th day of May, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge Patty Shwartz

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2008

_____
Angel L. Matos
U.S. Pretrial Services Officer